FILED24 AUG '12 9:38USDC-ORP

**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**LESLIE J. WESTPHAL, OSB #83344**
leslie.westphal@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1027
Facsimile: (503) 727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **'12-MC-298** |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| STATE OF OREGON PRESCRIPTION DRUG MONITORING PROGRAM, | |
| Respondent. | |

I HEREBY CERTIFY that I have made service of the foregoing PETITION TO ENFORCE DEA ADMINISTRATIVE SUBPOENA, MEMORANDUM IN SUPPORT OF PETITION TO ENFORCE DEA ADMINISRATIVE SUBPOENA, DECLARATION OF LORI A. CASSITY, DECLARATION OF TYLER D. WARNER and a proposed ORDER TO ENFORCE DEA ADMINISRATIVE SUBPOENA; on the

person listed below by causing to be deposited in the United States mail at Portland, Oregon, on August 23, 2012, a true copy thereof in an envelope with postage thereon prepaid, addressed to:

Thomas Castle
Assistant Attorney General
Department of Justice
1162 Court Street, NE
Salem, OR   97301-4096


LESLIE J. WESTPHAL
Assistant United States Attorney