# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br>v.<br><br>STATE OF OREGON PRESCRIPTION<br>DRUG MONITORING PROGRAM,<br><br>        Respondent. | '12-MC-298<br><br>ORDER TO ENFORCE DEA<br>ADMINISTRATIVE SUBPOENA |

On Petition of the government,

IT IS HEREBY ORDERED:

That Oregon Revised Statute, Section 431.966(2)(a)(C) is preempted by Title 21 United States Code, Section 876, to the extent that the state statute requires a court order or showing of probable cause before compliance with an administrative subpoena from a federal agency; and

That the State of Oregon Prescription Drug Monitoring Program shall promptly comply with all federal administrative subpoenas henceforth.

Dated this 27th day of August, 2012.

_____
PAUL PAPAK
United States Magistrate Judge

Submitted by:

S. AMANDA MARSHALL, OSB#95347
United States Attorney
District of Oregon

_____
LESLIE J. WESTPHAL, OSB #83344
Assistant United States Attorney